IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW TURNER,<br>　　Plaintiff | No. 3:14cv750 |
| | (Judge Munley) |
| v. | (Magistrate Judge Carlson) |
| UNITED STATES OF AMERICA,<br>　　Defendant | |

## ORDER

**AND NOW,** to wit, this 8th day of July 2015, it is **HEREBY ORDERED** as follows:

1. Defendant's objections to the Report and Recommendation (Doc. 17) are **OVERRULED**;

2. The R&R of Chief Magistrate Judge Carlson (Doc. 16) is **ADOPTED** to the extent that defendant's motion to dismiss plaintiff's FTCA claim (Doc. 11) is **DENIED**;

3. The action shall **PROCEED** against Defendant United States;

4. Defendant United States shall file an answer within 30 days; and

5. This case is **REMANDED** to Chief Magistrate Judge Carlson for further proceedings.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/ James M. Munley
　　　　　　　　　　　　　　**JUDGE JAMES M. MUNLEY**
　　　　　　　　　　　　　　**United States District Court**